389 A.2d 179
Commonwealth v. Silver, Appellant.

Submitted September 12, 1977. Eugene H. Clarke, Jr., for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 179
Commonwealth v. Simmons, Appellant.
Commonwealth v. Posey, Appellant.

Submitted March 30, 1977. Joseph W. Mullin, Public Defender, for appellants; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.